```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 03365
    ILEANA DURKA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-4236

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 02/02/2005 and was confirmed 04/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

    The case was paid in full 10/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
LASALLE BANK               CURRENT MORTG       .00             .00             .00
CHASE HOME FINANCE LLC     CURRENT MORTG       .00             .00             .00
LASALLE NATIONAL           CURRENT MORTG       .00             .00             .00
MIDWEST BANK & TRUST       CURRENT MORTG       .00             .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED       16538.02            .00         3307.60
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00             .00
LVNV FUNDING LLC           UNSECURED       24392.24            .00         4878.45
ECAST SETTLEMENT CORP      UNSECURED       25174.46            .00         5034.89
RESURGENT ACQUISITION LL   UNSECURED       25311.00            .00         5062.20
DIRECT LOAN SVC SYSTEM     NOTICE ONLY     NOT FILED           .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED       14454.81            .00         2890.96
MIDWEST BANK & TRUST       NOTICE ONLY     NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        3946.88            .00          789.38
US DEPT OF EDUCATION       UNSECURED            .00            .00             .00
ROUNDUP FUNDING LLC        UNSECURED        2334.66            .00          466.93
LIEBERMAN MANAGEMENT SER   NOTICE ONLY     NOT FILED           .00             .00
METROPOLITAN CONDO ASSOC   CURRENT MORTG       .00             .00             .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    150.00             .00          150.00
LORRAINE GREENBERG & ASS   DEBTOR ATTY     2,500.00                        2,500.00
TOM VAUGHN                 TRUSTEE                                         1,561.19
DEBTOR REFUND              REFUND                                            233.40

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE          26,875.00

PRIORITY                                        .00
SECURED                                      150.00
UNSECURED                                 22,430.41
ADMINISTRATIVE                             2,500.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 03365 ILEANA DURKA
```

```
TRUSTEE COMPENSATION                                        1,561.19
DEBTOR REFUND                                                 233.40
                                      ----------------   ----------------
TOTALS                                      26,875.00         26,875.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
   Dated: 01/28/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```